MAX KAPLAN, Appellant, v. ROBERT E. ANDERSON, Respondent.— Judgment and order reversed, on the law and the facts, and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence, and on account of the improper opening and prejudicial

conduct on the part of the defendant's attorney on the trial. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.